# THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| T.C. ON BEHALF OF HER MINOR CHILD S.C., ) ) ) Plaintiff, ) v. ) ) METROPOLITAN GOVERNMENT ) OF NASHVILLE DAVIDSON ) COUNTY, TENNESSEE D/B/A ) METROPOLITAN NASHVILLE ) PUBLIC SCHOOLS, ) ) Defendant. ) ) ) | Case No. 3:17-cv-01098 Judge Crenshaw Magistrate Judge Newbern |

## JOINT MOTION TO ALLOW CASE TO PROCEED UNDER PSEUDONYM

The parties jointly move the Court to allow this case to proceed under the filed pseudonym. Both parties recognize this case involves alleged sexual activity involving a minor child. Both parties desire to prevent any identification that could embarrass the minor or cause any harm to the minor. The parties rely on Doe v. Porter, 370 F. 3d 558 (6th Cir. 2004) for authority to proceed under a pseudonym.

"As a general matter, a complaint must state the names of all parties. Fed.R.Civ.P. 10(a). However, we may excuse plaintiffs from identifying themselves in certain circumstances. Several considerations determine whether a plaintiff's privacy interests substantially outweigh the presumption of open judicial proceedings. They include: (1) whether the plaintiffs seeking anonymity are suing to challenge governmental activity; (2) whether prosecution of the suit will compel the plaintiffs to disclose information "of the utmost intimacy"; (3) whether the litigation compels plaintiffs to disclose an intention to violate the law, thereby risking criminal prosecution; and (4) whether the plaintiffs are children. Doe v. Stegall, 653 F.2d 180, 185–86 (5th Cir.1981). We review the district court's decision to grant a protective order for an abuse of discretion. Samad v. Jenkins, 845 F.2d 660, 663 (6th Cir.1988)." Porter, at 560.

The parties believe that factors set out above support the case moving forward as filed and jointly move the Court to permit the case to move forward as filed.

Respectfully submitted,

S/Stephen Crofford
Stephen Crofford #12039
Mary A. Parker #6016
Parker & Crofford
1230 2nd Ave South
Nashville TN 37210
615-244-2445
stephencrofford@msn.com
m.parker@parker-crofford.com


S/ Jeff Campbell
Jeff Campbell #22455
R. Alex Dickerson #27184
Phylinda Ramsey #29545
Assistant Metropolitan Attorneys
P.O. Box 196300
Nashville, TN 37219
615-862-6341


CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was served upon the following attorneys by the courts electronic filing system on the date this document was filed.


Jeff Campbell #22455
R. Alex Dickerson #27184
Phylinda Ramsey #29545
Assistant Metropolitan Attorneys
P.O. Box 196300
Nashville, TN 37219

S/Stephen Crofford