IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| T.C. ON BEHALF OF HER MINOR CHILD, S.C., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> METROPOLITAN GOVERNMENT OF ) <br> NASHVILLE AND DAVIDSON COUNTY, ) <br> TENNESSEE, D/B/A METROPOLITAN ) <br> NASHVILLE PUBLIC SCHOOLS, ) <br> ) <br> Defendant. ) | Civil No. 3:17-cv-01098 <br> Judge Trauger <br><br> LEAD CASE |

| | |
|---|---|
| JOHN DOE AND JANE DOE #1 ON BEHALF ) <br> OF THEIR MINOR CHILD, JANE DOE #2, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> METROPOLITAN GOVERNMENT OF ) <br> NASHVILLE AND DAVIDSON COUNTY, ) <br> TENNESSEE, D/B/A METROPOLITAN ) <br> NASHVILLE PUBLIC SCHOOLS, ) <br> ) <br> Defendant. ) | Civil No. 3:17-cv-01159 <br> Judge Trauger <br><br> Member Case |

| | |
|---|---|
| SALLY DOE ON BEHALF OF HER MINOR CHILD, SALLY DOE #2, </br></br>    Plaintiff, </br></br>v. </br></br>METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, D/B/A METROPOLITAN NASHVILLE PUBLIC SCHOOLS, </br></br>    Defendant. | Civil No. 3:17-cv-01209 </br> Judge Trauger </br></br> Member Case |

| | |
|---|---|
| MARY DOE #1 ON BEHALF OF HER MINOR CHILD, MARY DOE #2, </br></br>    Plaintiff, </br></br>v. </br></br>METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, D/B/A METROPOLITAN NASHVILLE PUBLIC SCHOOLS, </br></br>    Defendant. | Civil No. 3:17-cv-01277 </br> Judge Trauger </br></br> Member Case |

## **ORDER**

For the reasons explained in the accompanying Memorandum, the following Motions for Summary Judgment are hereby **DENIED**: the Motion for Summary Judgment filed by the Metropolitan Government of Nashville and Davidson County d/b/a/ Metropolitan Nashville Public Schools ("MNPS") regarding the claims of S.C. (Docket No. 71); MNPS's Motion for

Summary Judgment regarding the claims of Jane Doe #2 (Docket No. 76); MNPS's Motion for Summary Judgment regarding the claims of Mary Doe #2 (Docket No. 82); and the Motion for Summary Judgment filed by Jane Doe #2, Mary Doe #2, and Sally Doe #2 through their respective parents (Docket No. 87). MNPS's Motion for Summary Judgment regarding the claims of Sally Doe #2 (Docket No. 83) is **GRANTED** in part and **DENIED** in part. MNPS is **GRANTED** summary judgment with regard to Sally Doe #2's Count II. Sally Doe #2's other claims remain pending.

It is so **ORDERED**.

ENTER this 6th day of May 2019.

_____
ALETA A. TRAUGER
U.S. District Judge

3

Case 3:17-cv-01098   Document 102   Filed 05/06/19   Page 3 of 3 PageID #: 4166