Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| S.C., | ) | |
| Plaintiff, | ) ) ) | No. 3:17-CV-1098 |
| v. | ) ) ) | Judge Trauger |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, D/B/A METROPOLITAN NASHVILLE PUBLIC SCHOOLS, | ) ) ) ) ) ) | Magistrate Judge Newbern |
| Defendant. | ) ) ) | |

## MOTION TO FILE PSEUDONYM LIST UNDER SEAL

Comes now Plaintiff, and would move this Court to allow a list of pseudonyms utilized in Plaintiff's Findings of Fact and Conclusions of Law, under seal. Pseudonyms and initials have been utilized in this case to protect the identity of the involved minors. The scholastic records of nonparties obtained through discovery would also be protected by the use of pseudonyms and initials within the pleading. The list of pseudonyms is intended to be a tool to assist the Court in matching the names and initials, and should be filed under seal.

[SIGNATURE PAGE TO FOLLOW]