UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| S.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:17-cv-01098 |
| ) | Judge Aleta A. Trauger |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON COUNTY, ) | |
| TENNESSEE, d/b/a METROPOLITAN ) | |
| NASHVILLE PUBLIC SCHOOLS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On July 20th and 21st, 2021, the court held a bench trial on claims pleaded by S.C. against the Metropolitan Nashville Public Schools ("MNPS"). For the reasons explained in the accompanying Findings of Fact and Conclusions of Law, the court finds MNPS **LIABLE** under Title IX of the Education Amendments of 1972, 20 U.S.C. § 1681(a), and **NOT LIABLE** under 42 U.S.C. § 1983. The court finds that the damages attributable to the specific, limited theory of liability under which S.C. prevailed are in the amount of $75,000. The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge