# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

S.C., et al.

                                Plaintiff,

v.                                       Case No.:
                                             3:17–cv–01098

Metropolitan Government of Nashville & Davidson County

                                Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/12/2022 re [183].

                                                                   Lynda M. Hill
                                                s/ Hannah Blaney, Deputy Clerk