# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ▼

| | | |
|---|---|---|
| S.C. | ) | |
| | ) | |
| v. | ) | Case No.: 3:17-cv-1098 |
| | ) | |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE d/b/a METRO NASHVILLE PUBLIC SCHOOLS | ) ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___01/12/2022___ against ___MNPS___,
                                                                            *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 400.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 750.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 16,921.59 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4,200.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,519.20 |
| | 0.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | -3,465.00 |
| Other costs *(please itemize)*   $4,600 costs paid by defense . . . . . . . . . . . . . . . . . . . . | |
| $1,135 mediator fee                                                        TOTAL   $ | 21,325.79 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

| Declaration |
|---|

        I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service            ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney:    s/Mary Parker & Stephen Crofford

Name of Attorney:   Mary Parker & Stephen Crofford

For:   S.C., Plaintiff                                          Date:   02/10/2022
       *Name of Claiming Party*

| Taxation of Costs |
|---|

Costs are taxed in the amount of_____and included in the judgment.

*Clerk of Court*                    *Deputy Clerk*                    *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Charles Ihrig, Nashville TN | 2 | 4,200 | | | | | $4,200.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $4,200.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**

"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print    Save As...    Reset

| Date | Description | Amount |
|---|---|---|
| 07/31/17 | US District Court Filing Fee | $400.00 |
| 09/15/17 | copies | $2.40 |
| 11/16/17 | Transcripts (Huseby) - Dickerson, Howard, Curtis, Cortez | $1,329.06 |
| 01/09/18 | Court Reporter (Huseby) - Deposition: Detective Robert Carrigan | $961.60 |
| 01/09/18 | Court Reporter (Huseby) - Deposition: Stacy Miller | $277.00 |
| 01/29/18 | Wiseman Ashworth - Mediation | $1,135.00 |
| 02/22/18 | Court Reporter (Huseby) - Deposition: Russell Young (late cancellation fee) | $225.00 |
| 02/26/18 | Court Reporter (Huseby) - Deposition: Dr. Nicole Newman | $1,032.30 |
| 02/26/18 | Court Reporter (Huseby) - Deposition: Dr. Russell Young | $1,023.25 |
| 02/27/18 | Court Reporter (Huseby) - Deposition: Dr. Susan Kessler | $1,586.00 |
| 02/27/18 | Court Reporter (Huseby) - Deposition: Melody McDonald | $582.10 |
| 04/03/18 | Court Reporter (Huseby) - Deposition: Phyllis Dyer | $1,099.25 |
| 04/04/18 | Court Reporter (Huseby) - Deposition: SRO James Boone | $560.20 |
| 04/09/18 | Court Reporter (Huseby) - Deposition: Julie McCargar | $1,191.90 |
| 04/09/18 | Court Reporter (Huseby) - Deposition: Tony Majors | $1,009.00 |
| 04/11/18 | Court Reporter (Huseby) - Deposition: Michael Adkins | $990.05 |

| | | |
|---|---|---|
| 11/06/18 | Court Reporter (Briggs & Associates) - Deposition: SC | $167.75 |
| 11/14/18 | Court Reporter (Huseby) - Deposition: Jamie Hall / Isaiah Long | $1,048.25 |
| 11/28/18 | Court Reporter (Elite Reporting) - Deposition: Marvin Olige | $1,056.00 |
| 12/10/18 | Court Reporter (Elite Reporting) - Deposition: Passaro / Joseph | $859.80 |
| 12/20/18 | Court Reporter (Elite Reporting) - Deposition: Ernest Fields | $80.00 |
| 05/17/19 | Subpoena for Doe v Metro Case - Nicole Newman | $40.00 |
| 05/17/19 | Subpoena for Doe v Metro Case - Shawn Joseph | $40.00 |
| 05/17/19 | Subpoena for Doe v Metro Case - Robert Carrigan | $40.00 |
| 05/17/19 | Subpoena for Doe v Metro Case - James Boone | $40.00 |
| 05/17/19 | Subpoena for Doe v Metro Case -Michael Adkins | $40.00 |
| 05/17/19 | Subpoena for Doe v Metro Case - Michael Passaro | $40.00 |
| 5/17/19 | Subpoena for Doe v Metro Case -Phyllis Dyer | $40.00 |
| 5/17/19 | Subpoena for Doe v Metro Case - Jamie Hall | $40.00 |
| 5/17/19 | Subpoena for Doe v Metro Case - Isaiah Long | $40.00 |
| 5/17/19 | Subpoena for Doe v Metro Case - Marvin Olige | $40.00 |
| 5/17/19 | Subpoena for Doe v Metro Case - Keely Mason | $40.00 |

| | | |
|---|---|---:|
| 5/17/19 | Subpoena for Doe v Metro Case - Russell Young | $40.00 |
| 5/17/19 | Subpoena for Doe v Metro Case - Melody McDonald | $40.00 |
| 5/17/19 | Subpoena for Doe v Metro Case - Susan Kessler | $40.00 |
| 05/17/19 | Subpoena for Doe v Metro Case - Julie McCargar | $40.00 |
| 5/17/19 | Southern Process service - subpoenas | $150.00 |
| 07/14/21 | FedEx (print expert testimony) | $32.95 |
| 07/16/21 | FedEx (trial depositions) | $1,293.16 |
| 07/17/21 | Staples (trial exhibit binders) | $1,121.78 |
| 07/20/21 | Athena Consulting (Dr. Charles Ihrig) - trial time | $1,400.00 |
| 07/21/21 | Athena Consulting (Dr. Charles Ihrig) - trial time | $2,800.00 |
| 07/28/21 | Court Reporter (Roxann Harkins) - trial transcript | $1,843.08 |
| 08/24/21 | FedEx - medical record copies | $68.91 |
| 03/21/21 | Costs reimbursed by defense | -$4,600.00 |
| | **TOTAL:** | **$21,325.79** |

| 07/31/2017 | 1 | COMPLAINT against Metropolitan Government of Nashville & Davidson County, d/b/a Metropolitan Nashville Public Schools (Filing fee $400, Receipt number 0650-2490554), filed by T.C. (Attachments: # 1 Attachment Civil Cover Sheet, # 2 Exhibit #1 10/26/2010 Dear Colleague letter, # 3 Exhibit #2 04/04/2011 Dear Colleague letter, # 4 Exhibit #3 04/29/2014 Questions and Answers, # 5 Exhibit #4 04/24/2015 Dear Colleague letter)(mg) (Entered: 07/31/2017) |



# INVOICE



**Huseby**.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 511450 | 11/24/2017 | 185794 |

| Job Date | Case No. |
|---|---|
| 11/16/2017 | |

| Case Name |
|---|
| T.C. vs. Metropolitan Government of Nashville & Davidson County |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Stephen Crofford, Esq.
Parker & Crofford
1230 Second Avenue South
Nashville, TN 37210

| | |
|---|---|
| ORIGINAL TRANSCRIPT OF: ▇▇▇▇▇▇ | 484.88 |
| ORIGINAL TRANSCRIPT OF: ▇▇▇▇▇▇ | 223.30 |
| ORIGINAL TRANSCRIPT OF: ▇▇▇▇▇▇ | 191.40 |
| ORIGINAL TRANSCRIPT OF: ▇▇▇▇▇▇ | 166.98 |
| Syvyn Dickerson, Devontae Howard, ▇▇▇▇ and ▇▇▇ Phone Call | 262.50 |
| **TOTAL DUE >>>** | **$1,329.06** |

Expedited

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

**Tax ID:** 31-1763752

Phone: 615-244-2445   Fax:

---

*Please detach bottom portion and return with payment.*

Stephen Crofford, Esq.
Parker & Crofford
1230 Second Avenue South
Nashville, TN 37210

| | | | | |
|---|---|---|---|---|
| Job No. | : 185794 | | BU ID | : VJH |
| Case No. | : | | | |
| Case Name | : T.C. vs. Metropolitan Government of Nashville & Davidson County | | | |
| Invoice No. | : 511450 | | Invoice Date | : 11/24/2017 |
| **Total Due** | **: $1,329.06** | | | |

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |
| Email: | | | |

Remit To:   **Huseby, Inc.**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**

# INVOICE



**Huseby**.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 515960 | 1/22/2018 | 189179 |
| **Job Date** | **Case No.** | |
| 1/9/2018 | 3:17-CV-1098 | |
| **Case Name** | | |
| TC vs. The Metropolitan Government of Nashville and Davidson County | | |
| **Payment Terms** | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Stephen Crofford, Esq.
Parker & Crofford
1230 Second Avenue South
Nashville, TN 37210

---

ORIGINAL TRANSCRIPT OF:

   Stacy L. Miller                                    277.00

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

   Detective Robert Carrigan                       961.60

                                **TOTAL DUE >>>**     **$1,238.60**

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Effective June 1, 2016 A finance charge of 1.5% per month will be applied to past due balanc

---

**Tax ID:** 31-1763752                                            Phone: 615-244-2445   Fax:

*Please detach bottom portion and return with payment.*

Stephen Crofford, Esq.
Parker & Crofford
1230 Second Avenue South
Nashville, TN 37210

| | | | |
|---|---|---|---|
| Job No. | : 189179 | BU ID | : VJH |
| Case No. | : 3:17-CV-1098 | | |
| Case Name | : TC vs. The Metropolitan Government of Nashville and Davidson County | | |
| Invoice No. | : 515960 | Invoice Date | : 1/22/2018 |
| **Total Due** | **: $1,238.60** | | |

Remit To:  **Huseby, Inc.**
           **P.O. Box 6180**
           **Hermitage, PA 16148-0922**

**PAYMENT WITH CREDIT CARD**    AMEX    VISA

Cardholder's Name:

Card Number:

Exp. Date:           Phone#:

Billing Address:

Zip:         Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

TC exp.

# WISEMAN ASHWORTH LAW GROUP PLC

511 Union Street
Suite 800
Nashville, TN 37219-1743
TAX I.D. #27-3083488
615-254-1877



November 15, 2017                                    Invoice # 9941

Paul Jefferson Campbell, II
Metropolitan Legal Department
P.O. Box 196300
Nashville, TN 37219 615-

T.C., on behalf of her minor child, S.C. v. Metropolitan Government
of Nashville and Davidson
County, Tennessee d/b/a Metropolitan Nashville Public Schools
U.S. District Court/ Middle District of TN Case No.: 3:17-cv-01098
Our File No.: ARB-515

|  |  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|---|
| 9/26/2017 | GVA | A111 |  | ADMINISTRATION FEE: Fee for arranging mediation for Tuesday, November 14, 2017 at 9:00 a.m. |  | 100.00 |
|  | GVA | A108 | L160 | Emails with Mary Parker on a new mediation matter in federal court for 11/14/17 at 9:00 a.m. with Jeff Campbell. | 0.10 | 35.00 |
| 9/27/2017 | GVA | A108 | L160 | Obtained and reviewed limited pleadings in this case; Mediation Agreement letter sent to counsel. | 0.50 | 175.00 |
| 11/13/2017 | GVA | A104 | L160 | Review/analyze confidential mediation materials received today from Mary Parker and from Jeff Campbell. | 1.30 | 455.00 |
| 11/14/2017 | GVA | A109 | L160 | Mediation today with Mary Parker, Stephen Crofford, T.C., Jeff Campbell, Alex Dickerson, Phylinda Ramsey and Dr. Susan Kessler- impasse declared.  Report of Mediation filed; letter to counsel. | 4.30 | 1,505.00 |

| For professional services rendered | 6.20 | $2,270.00 |
|---|---|---|

Balance due                                                              $2,270.00

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Gail Vaughn Ashworth | 6.20 | 350.00 | $2,170.00 |
| Gail Vaughn Ashworth | 0.00 | 0.00 | $100.00 |

# wiseman|ashworth
## law group, plc

Thomas A. Wiseman III*
Gail Vaughn Ashworth**
Howard B. Hayden**
Margaret Moore
Minton P. Mayer**
Kimberly G. Silvus
Michele T. Marsicano
Anthony C. Bills
R. Kent Francis
Anne M. Frazier
Meredith Anne Gardial
Kimberly B. Sterling
James C. Sperring

* CERTIFIED AS A CIVIL TRIAL AND
  MEDICAL MALPRACTICE SPECIALIST
** TENNESSEE SUPREME COURT
   RULE 31 MEDIATOR

*Writer's Direct E-mail:*
*gail@wisemanashworth.com*

January 25, 2018

Mary A. Parker          **VIA EMAIL:  mparker@parker-crofford.com**
PARKER & CROFFORD
1230 2nd Avenue, South
Nashville, TN  37210

Paul Jefferson Campbell, II     **VIA EMAIL:  jeff.campbell2@nashville.gov**
Metropolitan Legal Department
P.O. Box 196300
Nashville, TN 37219

RE:  **T.C., on behalf of her minor child, S.C. v. Metropolitan Government of Nashville and Davidson County, Tennessee d/b/a Metropolitan Nashville Public Schools**
**U.S. District Court/ Middle District of TN Case No.: 3:17-cv-01098**
**Our File No.: ARB-515**

Dear Counsel:

Please find enclosed the Report of Mediation filed in this case. Also enclosed is the invoice for the mediation: one-half is to be paid by Mary and Stephen's client **($1,135.00)** and one-half is to be paid by Jeff, Phylinda and Alex's client **($1,135.00)**. Thank you for the opportunity to mediate this interesting case.

Sincerely,

*Gail*

Gail Vaughn Ashworth

wisemanashworth.com

Nashville                                    •        Memphis
511 Union Street  |  Suite 800  |  Nashville, TN 37219-1743    5050 Poplar Avenue  |  Suite 918  |  Memphis, TN 38157
615-254-1877  |  615-254-1878 fax                901-312-1640  |  901-312-1639 fax

**PARKER & CROFFORD**

7000

Paid Gail Ashworth
$ 1135.00        1/29/18

**PARKER & CROFFORD**

7000

LR2206LN1    PRINTED IN U.S.A.

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 519414 | 2/22/2018 | 191878 |

| Job Date | Case No. |
|---|---|
| 2/22/2018 | 3:17-CV-1098 |

| Case Name |
|---|
| TC vs. The Metropolitan Government of Nashville and Davidson County |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Stephen Crofford, Esq.
Parker & Crofford
1230 Second Avenue South
Nashville, TN 37210

Dr. Young - Late Cancellation 225.00

**TOTAL DUE  >>>**          **$225.00**

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Effective June 1, 2016 A finance charge of 1.5% per month will be applied to past due balanc

**Tax ID:** 31-1763752

Phone: 615-244-2445   Fax:

*Please detach bottom portion and return with payment.*

Stephen Crofford, Esq.
Parker & Crofford
1230 Second Avenue South
Nashville, TN 37210

| | | |
|---|---|---|
| Job No. | : 191878 | BU ID      : VJH |
| Case No. | : 3:17-CV-1098 | |
| Case Name | : TC vs. The Metropolitan Government of Nashville and Davidson County | |
| Invoice No. | : 519414 | Invoice Date    : 2/22/2018 |
| **Total Due** | : **$225.00** | |

**PAYMENT WITH CREDIT CARD**

| | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To:   Huseby, Inc.
            P.O. Box 6180
            Hermitage, PA  16148-0922

# INVOICE



**Huseby.com**

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 521173 | 3/13/2018 | 191884 |
| **Job Date** | **Case No.** | |
| 2/26/2018 | | |
| **Case Name** | | |
| Sally Doe vs. The Metropolitan Gov. of Nashville and Davidson County, et al. | | |
| **Payment Terms** | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Stephen Crofford, Esq.
Parker & Crofford
1230 Second Avenue South
Nashville, TN 37210

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

Nicole Newman                                                                                                           1,032.30

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

Russell Young                                                                                                            1,023.25

**TOTAL DUE >>>**                                          **$2,055.55**

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Effective June 1, 2016 A finance charge of 1.5% per month will be applied to past due balanc

Tax ID: 31-1763752                                                                          Phone: 615-244-2445   Fax:

*Please detach bottom portion and return with payment.*

Stephen Crofford, Esq.
Parker & Crofford
1230 Second Avenue South
Nashville, TN 37210

| | | |
|---|---|---|
| Job No. | : 191884 | BU ID        : VJH |
| Case No. | : | |
| Case Name | : Sally Doe vs. The Metropolitan Gov. of Nashville and Davidson County, et al. | |
| Invoice No. | : 521173 | Invoice Date  : 3/13/2018 |
| **Total Due** | **: $2,055.55** | |

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:   **Huseby, Inc.**
**P.O. Box 6180**
**Hermitage, PA  16148-0922**

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 521174 | 3/13/2018 | 191883 |

| Job Date | Case No. |
|---|---|
| 2/27/2018 | |

| Case Name |
|---|
| Sally Doe vs. The Metropolitan Gov. of Nashville and Davidson County, et al. |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Stephen Crofford, Esq.
Parker & Crofford
1230 Second Avenue South
Nashville, TN 37210

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

Susan Kessler, Ed.D          1,586.00

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

Melody McDonald          582.10

**TOTAL DUE >>>     $2,168.10**

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Effective June 1, 2016 A finance charge of 1.5% per month will be applied to past due balanc

Tax ID: 31-1763752          Phone: 615-244-2445   Fax:

*Please detach bottom portion and return with payment.*

Stephen Crofford, Esq.
Parker & Crofford
1230 Second Avenue South
Nashville, TN 37210

| | | |
|---|---|---|
| Job No. | : 191883 | BU ID | : VJH |
| Case No. | : | | |
| Case Name | : Sally Doe vs. The Metropolitan Gov. of Nashville and Davidson County, et al. | | |
| Invoice No. | : 521174 | Invoice Date | : 3/13/2018 |
| **Total Due** | : **$2,168.10** | | |

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:       Phone#:

Billing Address:

Zip:       Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Huseby, Inc.**
**P.O. Box 6180**
**Hermitage, PA 16148-0922**

# INVOICE



**Huseby**.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 524803 | 4/12/2018 | 198460 |
| Job Date | Case No. | |
| 4/3/2018 | 3:17 CV 1209 | |
| Case Name | | |
| Sally Doe  vs. The Metropolitan Government of Nashville, et al. | | |
| Payment Terms | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Stephen Crofford, Esq.
Parker & Crofford
1230 Second Avenue South
Nashville, TN  37210

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

Phyllis Dyer

1,099.25

**TOTAL DUE  >>>**      **$1,099.25**

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Effective June 1, 2016 A finance charge of 1.5% per month will be applied to past due balanc

**Tax ID:** 31-1763752

Phone: 615-244-2445   Fax:

*Please detach bottom portion and return with payment.*

Stephen Crofford, Esq.
Parker & Crofford
1230 Second Avenue South
Nashville, TN  37210

| | | |
|---|---|---|
| Job No. | : 198460 | BU ID    : VJH |
| Case No. | : 3:17 CV 1209 | |
| Case Name | : Sally Doe  vs. The Metropolitan Government of Nashville, et al. | |
| Invoice No. | : 524803 | Invoice Date    : 4/12/2018 |
| **Total Due** | : **$1,099.25** | |

Remit To:    **Huseby, Inc.**
         **P.O. Box 6180**
         **Hermitage, PA  16148-0922**

| PAYMENT WITH CREDIT CARD | AMEX   MasterCard   VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE



Huseby.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 524938 | 4/13/2018 | 197458 |
| **Job Date** | **Case No.** | |
| 4/4/2018 | 3:17 CV 1209 | |
| **Case Name** | | |
| Sally Doe  vs. The Metropolitan Government of Nashville, et al. | | |
| **Payment Terms** | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Stephen Crofford, Esq.
Parker & Crofford
1230 Second Avenue South
Nashville, TN  37210

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

James Boone

560.20

TOTAL DUE  >>>          **$560.20**

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com.  Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Effective June 1, 2016 A finance charge of 1.5% per month will be applied to past due balanc

**Tax ID:** 31-1763752

Phone: 615-244-2445   Fax:

*Please detach bottom portion and return with payment.*

Stephen Crofford, Esq.
Parker & Crofford
1230 Second Avenue South
Nashville, TN  37210

| | | | | |
|---|---|---|---|---|
| Job No. | : 197458 | BU ID | : VJH |
| Case No. | : 3:17 CV 1209 | | |
| Case Name | : Sally Doe  vs. The Metropolitan Government of Nashville, et al. | | |
| Invoice No. | : 524938 | Invoice Date | : 4/13/2018 |
| **Total Due** | : **$560.20** | | |

Remit To:  **Huseby, Inc.**
**P.O. Box 6180**
**Hermitage, PA  16148-0922**

| **PAYMENT WITH CREDIT CARD** | AMEX | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date:          Phone#: | | |
| Billing Address: | | |
| Zip:          Card Security Code: | | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |
| Email: | | |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 525510 | 4/20/2018 | 198461 |

| Job Date | Case No. |
|---|---|
| 4/9/2018 | 3:17 CV 1209 |

| Case Name |
|---|
| Sally Doe vs. The Metropolitan Government of Nashville, et al. |

| Payment Terms |
|---|
| Due upon receipt, after 30 days 1.5% fee |

Stephen Crofford, Esq.
Parker & Crofford
1230 Second Avenue South
Nashville, TN 37210

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

Tony Majors                                                                                                1,009.00

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

Julie McCargar                                                                                            1,191.90

TOTAL DUE >>>                    **$2,200.90**

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Effective June 1, 2016 A finance charge of 1.5% per month will be applied to past due balanc

**Tax ID:** 31-1763752                                                                Phone: 615-244-2445   Fax:

*Please detach bottom portion and return with payment.*

Stephen Crofford, Esq.
Parker & Crofford
1230 Second Avenue South
Nashville, TN 37210

| | |
|---|---|
| Job No. | : 198461        BU ID        : VJH |
| Case No. | : 3:17 CV 1209 |
| Case Name | : Sally Doe vs. The Metropolitan Government of Nashville, et al. |
| Invoice No. | : 525510        Invoice Date    : 4/20/2018 |
| **Total Due** | : **$2,200.90** |

| PAYMENT WITH CREDIT CARD | AMEX | VISA |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date:          Phone#: | | |
| Billing Address: | | |
| Zip:        Card Security Code: | | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |
| Email: | | |

Remit To:    **Huseby, Inc.**
             **P.O. Box 6180**
             **Hermitage, PA  16148-0922**

# INVOICE



**Huseby**.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 525869 | 4/25/2018 | 196270 |

| Job Date | Case No. | |
|---|---|---|
| 4/11/2018 | 3:17-CV-1098 | |

| Case Name | | |
|---|---|---|
| Sally Doe vs. The Metropolitan Government of Nashville and Davidson County | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt, after 30 days 1.5% fee | | |

Stephen Crofford, Esq.
Parker & Crofford
1230 Second Avenue South
Nashville, TN 37210

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:

Michael Adkins

990.05

**TOTAL DUE >>>**                    **$990.05**

Thank you for choosing Huseby!

If you would like to pay your invoice(s) securely online by credit card, please visit www.huseby.com. Click the "Make a Payment" button located at the top of the page. If you prefer to complete the attached credit card form, please scan and email the completed form to: AR@huseby.com. Please DO NOT MAIL the credit card information to the P O Box 6180, Hermitage, PA 16148.

Effective June 1, 2016 A finance charge of 1.5% per month will be applied to past due balanc

**Tax ID:** 31-1763752                                        Phone: 615-244-2445   Fax:

*Please detach bottom portion and return with payment.*

Stephen Crofford, Esq.
Parker & Crofford
1230 Second Avenue South
Nashville, TN 37210

| | | | |
|---|---|---|---|
| Job No. | : 196270 | BU ID | : VJH |
| Case No. | : 3:17-CV-1098 | | |
| Case Name | : Sally Doe vs. The Metropolitan Government of Nashville and Davidson County | | |
| Invoice No. | : 525869 | Invoice Date | : 4/25/2018 |
| **Total Due** | : **$990.05** | | |

Remit To:   **Huseby, Inc.**
            **P.O. Box 6180**
            **Hermitage, PA 16148-0922**

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:              Phone#: | |
| Billing Address: | |
| Zip:              Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

New label

Briggs & Associates
222 Second Avenue North
Suite 340M
Nashville, Tennessee 37201
(615)482-0037

| | |
|---|---|
| **Number** | 1073LAG |
| **Date** | 1/25/2019 |

**Bill To**

Stephen Crofford, Esquire
Parker & Crofford
1230 Second Avenue South
Nashville, TN, 37210

**Ship To**

| PO Number | Terms | Project |
|---|---|---|
| | Tax ID 26-1832409 | |

| Date | Description | Amount |
|---|---|---|
| 11/5/18 | T. C. on behalf of Minor child v. Metropolitan Government | |
| | Deposition of ▮▮▮▮▮ (copy - 84 @ 2.75) | $231.00 |
| | Deposition of ▮▮▮▮▮ (copy - 63 @ 2.75) | $173.25 |
| 11/6/18 | Deposition of ▮▮▮▮▮ (copy - 70 @ 2.75) | $192.50 |
| | Deposition of ▮▮▮▮▮ (copy - 61 @ 2.75) | $167.75 |
| | Thank You! | |

| **Total** | $764.50 |
|---|---|

**PARKER AND CROFFORD**
1230 2ND AVE S
NASHVILLE, TN 37210-4110

8134

87-1/640

DATE 1/25/19

CHECK ARMOR

PAY
TO THE
ORDER OF _Briggs + Associates_ $ 764. 50

_Seven hundred sixty-four_ + 50/100 _____ DOLLARS



**REGIONS**

invoice #1073LAG (Doe V. MNPS)

MP

⑆00008134⑆ ⑉064000017⑉ 1001368287⑆

**Calendar**     **Order Transcript**     **Account Activity**     **Transcript Packages**     **Repository**

Account Activity > Invoice ▼

### Job

| Job No. | Job Date | Status |
|---|---|---|
| 220790 | 11/14/2018 | Billed |

| Case | | Case No. |
|---|---|---|

T.C., et al vs. Metropolitan Government of Nashville & Davidson County, TN

| Ordering Firm | Ordering Contact |
|---|---|
| Parker & Crofford | Stephen Crofford, Esq. |

### Invoice

| Invoice No. | Invoice Date | Invoice Amount | Balance |
|---|---|---|---|
| 548229 | 12/14/2018 | 1,048.25 | 0.00 |

| Late Charge | Finance Charge | Invoice Paid Date |
|---|---|---|
| 0.00 | 0.00 | 12/14/2018 |

| Sold To Firm | Sold To Contact |
|---|---|
| Parker & Crofford | Stephen Crofford, Esq. |

1 of 2

Calendar      Order Transcript      Account Activity      Transcript Packages      Repository

Account Activity > Invoice ▼

| Witness | | Pages | Volume | Resource |
|---------|---|-------|--------|----------|
| Isaiah Long | | 80 | 1 | Carissa Bo THROUGH REPORTIN |
| Jamie Hall | | 85 | 1 | Carissa Bo THROUGH REPORTIN |

**Payment History**

| Transaction Type | Date | Payment Type | Amount | Check No. | Remarks |
|------------------|------|--------------|--------|-----------|---------|
| Payment | 12/14/2018 | Credit Card | 1,048.25 | credit card | |

2 of 2

# *Elite Reporting Services*

1015 Avery Park Drive
Smyrna, TN  37167

(615) 595-0073

# Invoice

| Date | Invoice # |
|---|---|
| 12/20/2018 | 48397 |

**Bill To:**

Mr. Stephen Crofford
Attorney at Law
Parker and Crofford
1230 Second Avenue South
Nashville, TN  37210

| Reporter | Job Description |
|---|---|
| April H. | Deposition 11/28/18 |

| Description | | Amount |
|---|---|---|
| Appearance Fee - Deposition | | 200.00 |
| Deposition Transcript Fee - Original | 190 pages | 846.00 |
| Condensed Transcripts  --  No Charge | | 0.00 |
| Keyword Index - No Charge | | |
| PDF Transcript uploaded to Online Repository - No Charge | | |
| Delivery Fee | | 10.00 |
| TC, et al. vs. Metropolitan Government | | |
| Case No. 317CV01098 | | |
| Deposition of Marvin Olige  11/28/18 | | |
| * | | |

✔ **ENTERED**

All work to be completed in a professional manner according to standard practices. As a customer for the firm, you agree to pay all costs we incur to collect unpaid invoices from you, including attorney's fees. Prejudgment interest shall accrue at the rate of 10% per annum and the sole venue for collection of our fees shall be the General Sessions Court of Davidson County, Tennessee.

| | |
|---|---|
| **Total Invoice** | $1,056.00 |

TO INSURE PROPER CREDIT, YOUR INVOICE NUMBER MUST BE INCLUDED WITH YOUR PAYMENT.

| Payments/Credits | $0.00 |
|---|---|

THERE WILL BE A 3% PROCESSING FEE FOR ALL CREDIT CARD PAYMENTS. We appreciate your business.

| **Balance Due** | **$1,056.00** |
|---|---|

Please note:  Our Tax ID  is identified with the IRS as Roy M. Curry, Jr., d/b/a
Elite Reporting Services.

# Elite Reporting Services

1015 Avery Park Drive
Smyrna, TN 37167

(615) 595-0073

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/20/2018 | 48363 |

**Bill To:**

Mr. Stephen Crofford
Attorney at Law
Parker and Crofford
1230 Second Avenue South
Nashville, TN 37210

| Reporter | Job Description |
|----------|----------------|
| Joy | Deposition 12/10/18 |

| Description | | Amount |
|-------------|--|--------|
| Appearance Fee - Deposition | | 215.00 |
| | | |
| Deposition Transcript Fee - Original | 142 pages | 634.80 |
| Condensed Transcripts  --  No Charge | | 0.00 |
| Keyword Index - No Charge | | |
| PDF Transcript uploaded to Online Repository - No Charge | | |
| | | |
| Delivery Fee | | 10.00 |
| | | |
| T.C., et al. vs. Metropolitan Government of Nashville | | |
| Case No. 317CV01098 | | |
| Depositions of Office Michael Passaro (92pgs) and Dr. Shawn Joseph (50pgs) | | |
| 12/10/18 | | |
| * | | |

All work to be completed in a professional manner according to standard practices. As a customer for the firm, you agree to pay all costs we incur to collect unpaid invoices from you, including attorney's fees. Prejudgment interest shall accrue at the rate of 10% per annum and the sole venue for collection of our fees shall be the General Sessions Court of Davidson County, Tennessee.

TO INSURE PROPER CREDIT, YOUR INVOICE NUMBER MUST BE INCLUDED WITH YOUR PAYMENT.

THERE WILL BE A 3% PROCESSING FEE FOR ALL CREDIT CARD PAYMENTS.

Please note:  Our Tax ID  is identified with the IRS as Roy M. Curry, Jr., d/b/a Elite Reporting Services.

| | |
|--|--|
| **Total Invoice** | $859.80 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$859.80** |

# Elite Reporting Services

1015 Avery Park Drive
Smyrna, TN  37167

(615) 595-0073

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/20/2018 | 48258 |

| Bill To: |
|----------|
| Mr. Stephen Crofford<br>Attorney at Law<br>Parker and Crofford<br>1230 Second Avenue South<br>Nashville, TN  37210 |

| Reporter | Job Description |
|----------|-----------------|
| Sarah L. | Deposition 12/04/18 |

| Description | | Amount |
|-------------|--|--------|
| Appearance Fee - Deposition | | 80.00 |
| T.C. on Behalf of her minor child S.C. vs. Metropolitan Government of Nashville and Davidson County<br>Case No. 317CV01098<br>Deposition of Ernest Fields  12/04/18<br>* | | |

| All work to be completed in a professional manner according to standard practices. As a customer for the firm, you agree to pay all costs we incur to collect unpaid invoices from you, including attorney's fees. Prejudgment interest shall accrue at the rate of 10% per annum and the sole venue for collection of our fees shall be the General Sessions Court of Davidson County, Tennessee. | **Total Invoice** | **$80.00** |
|---|---|---|
| TO INSURE PROPER CREDIT, YOUR INVOICE NUMBER MUST BE INCLUDED WITH YOUR PAYMENT. | Payments/Credits | $0.00 |
| THERE WILL BE A 3% PROCESSING FEE FOR ALL CREDIT CARD PAYMENTS. We appreciate your business. | **Balance Due** | **$80.00** |

Please note:  Our Tax ID  is identified with the IRS as Roy M. Curry, Jr., d/b/a
Elite Reporting Services.

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ▾

| | |
|---|---|
| DOE | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:17-CV-1098 |
| METRO GOVERNMENT OF NASHVILLE | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:
        $N i c o l e \quad N e w \quad m a n$
*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place: ~~US Courthouse~~ Estes Kefauver Federal Building & Courthouse 801 Broadway, Room 800 Nashville, TN 37203 | Courtroom No.: Judge Trauger Court Room 873 |
| | Date and Time: July 16, 2019 at 9:00am *until completion of trial.* |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/15/2019

        *CLERK OF COURT*

                                OR

        _____                _____
        *Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Stephen Crofford
_____ , who issues or requests this subpoena, are:
Parker & Crofford 1230 2nd Ave South Nashville, TN 37210; 615-244-2445; stephencrofford@msn.com

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

PARKER AND CROFFORD
1230 2ND AVE S
NASHVILLE, TN 37210-4110

8186

87-1/640

PAY
TO THE
ORDER OF *Nicole Newman*

DATE 5/17/19

CHECK ARMOR

*Forty + 00/100* _____ $ 40.00

▲▲ REGIONS _____ DOLLARS

AP

⑈00008186⑈ ⑈064000017⑈ 1001368287⑈

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW. IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

PARKER AND CROFFORD

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ▼

| | | |
|---|---|---|
| DOE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:17-CV-1098 |
| METRO GOVERNMENT OF NASHVILLE | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:
### Shawn Joseph

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| US Courthouse<br>Place: Estes Kefauver Federal Building & Courthouse<br>801 Broadway, Room 800<br>Nashville, TN 37203 | Courtroom No.: Judge Trauger Court Room 873 |
| | Date and Time: July 16 2019 at 9:00am<br>until Completion of Trial |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/15/2019

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Stephen Crofford
_____ , who issues or requests this subpoena, are:
Parker & Crofford 1230 2nd Ave South Nashville, TN 37210; 615-244-2445; stephencrofford@msn.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**PARKER AND CROFFORD**
1230 2ND AVE S
NASHVILLE, TN 37210-4110

8188

87-1/640

PAY
TO THE
ORDER OF ___ Shawn Joseph ___

DATE 5/17/19

CHECK ARMOR

| $ 40.00

___ Forty ___ + 00/100 ___

**REGIONS**

___ DOLLARS

AP

⑈00008188⑈ ⑆064000017⑆ 1001368287⑈

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW. IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**PARKER AND CROFFORD**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             |        |

# UNITED STATES DISTRICT COURT
### for the
Middle District of Tennessee ☒

| | |
|---|---|
| DOE | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 3:17-CV-1098 |
| METRO GOVERNMENT OF NASHVILLE | ) |
| _Defendant_ | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: **Detective Robert Carrigan**

_(Name of person to whom this subpoena is directed)_

    **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: ~~US Courthouse~~ Estes Kefauver Federal Building & Courthouse 801 Broadway, Room 800 Nashville, TN 37203 | Courtroom No.: Judge Trauger Court Room 873 |
|---|---|
| | Date and Time: **July 16, 2019 at 9:00 AM until completion of Trial** |

    You must also bring with you the following documents, electronically stored information, or objects _(leave blank if not applicable)_:

    The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/15/2019

_CLERK OF COURT_

OR

_____       _____
    _Signature of Clerk or Deputy Clerk_              _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ **Stephen Crofford**
_____ , who issues or requests this subpoena, are:
Parker & Crofford 1230 2nd Ave South Nashville, TN 37210; 615-244-2445; stephencrofford@msn.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**PARKER AND CROFFORD**
1230 2ND AVE S
NASHVILLE, TN 37210-4110

8189
87-1/840

PAY
TO THE
ORDER OF _____ Robert    Carrigon _____ | $ 40.00

Forty  +  00/100 _____

DOLLARS

**REGIONS**

⑂000081 89⑂ ⑂064000017⑂ 1001368287⑂

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW. IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**PARKER AND CROFFORD**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             |        |

DATE 5/17/19

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ☑

| | |
|---|---|
| DOE | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 3:17-CV-1098 |
| METRO GOVERNMENT OF NASHVILLE | ) |
| _Defendant_ | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: SRO James Boone

_(Name of person to whom this subpoena is directed)_

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place: ~~US Courthouse~~ Estes Kefauver Federal Building & Courthouse 801 Broadway, Room 800 Nashville, TN 37203 | Courtroom No.: Judge Trauger Court Room 873 |
| | Date and Time: July 16, 2019 at 9:00am until completion of trial |

You must also bring with you the following documents, electronically stored information, or objects _(leave blank if not applicable)_:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/15/2019

_CLERK OF COURT_

OR

_____          _____
_Signature of Clerk or Deputy Clerk_                  _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ Stephen Crofford
_____ , who issues or requests this subpoena, are:
Parker & Crofford 1230 2nd Ave South Nashville, TN 37210; 615-244-2445; stephencrofford@msn.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**PARKER AND CROFFORD**
1230 2ND AVE S
NASHVILLE, TN 37210-4110

8190
87-1/840

CHECK ARMOR

PAY
TO THE
ORDER OF      James Boone

DATE  5/17/19

$ 40.00

Forty       +   00/100

**REGIONS**

DOLLARS

AP

⑂"000008190⑂" ⑆:064000017⑆: 100 1368 28 7⑂"

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW. IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**PARKER AND CROFFORD**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ☒

| | | |
|---|---|---|
| DOE | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 3:17-CV-1098 |
| METRO GOVERNMENT OF NASHVILLE | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:     Detective     Adkins

_(Name of person to whom this subpoena is directed)_

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: US Courthouse<br>Estes Kefauver Federal Building & Courthouse<br>801 Broadway, Room 800<br>Nashville, TN 37203 | Courtroom No.: Judge Trauger Court Room 873 |
|---|---|
| | Date and Time: July 16, 2019 at 9:00 Am<br>until completion of trial |

You must also bring with you the following documents, electronically stored information, or objects _(leave blank if not applicable)_:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    05/15/2019

_CLERK OF COURT_

                         OR

_____       _____

     _Signature of Clerk or Deputy Clerk_                  _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_   Stephen Crofford
_____ , who issues or requests this subpoena, are:
Parker & Crofford 1230 2nd Ave South Nashville, TN 37210; 615-244-2445; stephencrofford@msn.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**PARKER AND CROFFORD**
1230 2ND AVE S
NASHVILLE, TN 37210-4110

**8191**
87-1/840

DATE 5/17/19

PAY
TO THE
ORDER OF    Michael    Adkins                    $ 40.00

Forty          +      00/100                              DOLLARS

**REGIONS**

⑈00008191⑈ ⑆064000017⑆ 1001368287⑈

---

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW. IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**PARKER AND CROFFORD**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ▾

| | |
|---|---|
| DOE | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 3:17-CV-1098 |
| METRO GOVERNMENT OF NASHVILLE | ) |
| _Defendant_ | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:     SRO     Michael   Passaro
_(Name of person to whom this subpoena is directed)_

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: US Courthouse Estes Kefauver Federal Building & Courthouse 801 Broadway, Room 800 Nashville, TN 37203 | Courtroom No.: Judge Trauger Court Room 873 |
|---|---|
| | Date and Time: July 16, 2019 at 9:00am until completion of trial |

You must also bring with you the following documents, electronically stored information, or objects _(leave blank if not applicable)_:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     05/15/2019

_CLERK OF COURT_

OR

_____          _____
_Signature of Clerk or Deputy Clerk_                  _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_   Stephen Crofford
_____, who issues or requests this subpoena, are:
Parker & Crofford 1230 2nd Ave South Nashville, TN 37210; 615-244-2445; stephencrofford@msn.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**PARKER AND CROFFORD**
1230 2ND AVE S
NASHVILLE, TN 37210-4110

8192
87-1/640

CHECK ARMOR

DATE 5/17/19

PAY TO THE ORDER OF _Michael Passaro_ | $ 40.00

_Forty_ + 00/100 _____ DOLLARS

**REGIONS**

MP

⑈000008192⑈ ⑈064000017⑈ 100136828 7⑈

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW. IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

PARKER AND CROFFORD

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ▾

|  |  |
|---|---|
| DOE | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:17-CV-1098 |
| METRO GOVERNMENT OF NASHVILLE | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Phyllis Dyer

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| US Courthouse<br>Place: Estes Kefauver Federal Building & Courthouse<br>801 Broadway, Room 800<br>Nashville, TN 37203 | Courtroom No.: Judge Trauger Court Room 873 |
| | Date and Time: July 16, 2019 at 9:00 am<br>until Completion of Trial |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/15/2019

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Stephen Crofford

_____ , who issues or requests this subpoena, are:
Parker & Crofford 1230 2nd Ave South Nashville, TN 37210; 615-244-2445; stephencrofford@msn.com

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**PARKER AND CROFFORD**
1230 2ND AVE S
NASHVILLE, TN 37210-4110

8193

87-1/640

DATE 5/17/19

PAY
TO THE
ORDER OF  Phyllis Dyer

$ 40.00

Forty & 00/100 _____ DOLLARS

**REGIONS**

MP

⑇00008193⑇ ⑇064000017⑇ 1001368287⑇

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW. IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**PARKER AND CROFFORD**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ▼

|  |  |
|---|---|
| DOE | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:17-CV-1098 |
| METRO GOVERNMENT OF NASHVILLE | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Jamie Hall

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| ~~US Courthouse~~ Place: Estes Kefauver Federal Building & Courthouse 801 Broadway, Room 800 Nashville, TN 37203 | Courtroom No.: Judge Trauger Court Room 873 |
|---|---|
| | Date and Time: July 16, 2019 at 9:00am until completion of trial |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/15/2019

*CLERK OF COURT*

OR

_____        _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Stephen Crofford

, who issues or requests this subpoena, are:

Parker & Crofford 1230 2nd Ave South Nashville, TN 37210; 615-244-2445; stephencrofford@msn.com

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

PARKER AND CROFFORD
1230 2ND AVE S
NASHVILLE, TN 37210-4110

8194
87-1/840

PAY TO THE ORDER OF   Jamie  Hall

DATE  5/17/19

$ 40.00

Forty  &  00/100

—— DOLLARS

**REGIONS**

⑆000008194⑆ ⑉0640000 17⑉ 100 1368 287⑈

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW. IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

PARKER AND CROFFORD

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ▾

| | |
|---|---|
| DOE ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:17-CV-1098 |
| METRO GOVERNMENT OF NASHVILLE ) | |
| *Defendant* ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:
Isaiah Long

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| US Courthouse<br>Place: Estes Kefauver Federal Building & Courthouse<br>801 Broadway, Room 800<br>Nashville, TN 37203 | Courtroom No.: Judge Trauger Court Room 873 |
| | Date and Time: July 16, 2019 at 9:00 am |

until Completion of Trial

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/15/2019

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Stephen Crofford
_____ , who issues or requests this subpoena, are:
Parker & Crofford 1230 2nd Ave South Nashville, TN 37210; 615-244-2445; stephencrofford@msn.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**PARKER AND CROFFORD**
1230 2ND AVE S
NASHVILLE, TN 37210-4110

8195
87-1/640

PAY
TO THE
ORDER OF _Isaiah Long_

DATE _5/17/19_

🔒 CHECK ARMOR

_Forty + 00/100_ _____ | $ 40.00

**△ REGIONS**

————————— DOLLARS

_[signature]_

MP

⑈"00008195"⑈ ⑈:064000017⑈: 1001368287⑈"

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW. IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**PARKER AND CROFFORD**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ▾

|  |  |  |
|---|---|---|
| DOE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:17-CV-1098 |
| METRO GOVERNMENT OF NASHVILLE | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:

Marvin  Olige

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: ~~US Courthouse~~ Estes Kefauver Federal Building & Courthouse 801 Broadway, Room 800 Nashville, TN 37203 | Courtroom No.: Judge Trauger Court Room 873 |
|---|---|
| | Date and Time: July 16, 2019 at 9:00 am |
| | until Completion of Trial |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/15/2019

*CLERK OF COURT*

OR

_____              _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Stephen Crofford
_____, who issues or requests this subpoena, are:
Parker & Crofford 1230 2nd Ave South Nashville, TN 37210; 615-244-2445; stephencrofford@msn.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**PARKER AND CROFFORD**
1230 2ND AVE S
NASHVILLE, TN 37210-4110

8196

87-1/840

DATE 5/17/19

PAY
TO THE
ORDER OF  Marvin Olige

$ 40.00

Forty + 00/100

————————— DOLLARS

**REGIONS**

M.P.

⑆00008196⑆ ⑇064000017⑈ 1001368287⑈

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW. IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**PARKER AND CROFFORD**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ⌄

| | | |
|---|---|---|
| DOE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:17-CV-1098 |
| METRO GOVERNMENT OF NASHVILLE | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:        Keely        Mason
*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| ~~US Courthouse~~ Place: Estes Kefauver Federal Building & Courthouse 801 Broadway, Room 800 Nashville, TN 37203 | Courtroom No.: Judge Trauger Court Room 873 |
| | Date and Time: July 16, 2019 at 9:00 am until Completion of Trial |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:        05/15/2019

        *CLERK OF COURT*

                                                OR

        _____                _____
        *Signature of Clerk or Deputy Clerk*                        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*        Stephen Crofford

_____ , who issues or requests this subpoena, are:

Parker & Crofford 1230 2nd Ave South Nashville, TN 37210; 615-244-2445; stephencrofford@msn.com

---

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**PARKER AND CROFFORD**
1230 2ND AVE S
NASHVILLE, TN 37210-4110

8197

87-1/640

PAY
TO THE
ORDER OF    Keely Mason

DATE  5/17/19

$ 40.00

Forty          +    00/100

DOLLARS

**REGIONS**

⑈00008197⑈ ⑆064000017⑆ 100136828 7⑈

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW. IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**PARKER AND CROFFORD**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ▼

|  |  |
|---|---|
| DOE | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:17-CV-1098 |
| METRO GOVERNMENT OF NASHVILLE | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:    Russell Young

*(Name of person to whom this subpoena is directed)*

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place: US Courthouse<br>Estes Kefauver Federal Building & Courthouse<br>801 Broadway, Room 800<br>Nashville, TN 37203 | Courtroom No.: Judge Trauger Court Room 873 |
| | Date and Time: July 16, 2019 at 9:00 Am<br>until Completion of trial |

   You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

   The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    05/15/2019

   *CLERK OF COURT*

   OR

   _____          _____
   *Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Stephen Crofford
_____ , who issues or requests this subpoena, are:
Parker & Crofford 1230 2nd Ave South Nashville, TN 37210; 615-244-2445; stephencrofford@msn.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

PARKER AND CROFFORD
1230 2ND AVE S
NASHVILLE, TN 37210-4110

8198
87-1/640

PAY
TO THE
ORDER OF _Russell_ _Young_

DATE _5/17/19_

CHECK ARMOR

_Forty_ _&_ _00/100_

$ 40.00

**REGIONS**

DOLLARS

⑈"00008198" ⑊:064000017⑊: 1001368287"

MP

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW IF NOT CORRECT PLEASE NOTIFY US PROMPTLY NO RECEIPT DESIRED.

PARKER AND CROFFORD

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee ▼

| | | |
|---|---|---|
| DOE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:17-CV-1098 |
| METRO GOVERNMENT OF NASHVILLE | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:
                Melody   McDonald
                *(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| US Courthouse<br>Place: Estes Kefauver Federal Building & Courthouse<br>801 Broadway, Room 800<br>Nashville, TN 37203 | Courtroom No.: Judge Trauger Court Room 873 |
| | Date and Time: July 16, 2019 at 9:00am<br>until Completion of Trial |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 05/15/2019

           *CLERK OF COURT*

                                                    OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Stephen Crofford
_____ , who issues or requests this subpoena, are:
Parker & Crofford 1230 2nd Ave South Nashville, TN 37210; 615-244-2445; stephencrofford@msn.com

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**PARKER AND CROFFORD**
1230 2ND AVE S
NASHVILLE, TN 37210-4110

8199
87-1/640

PAY TO THE ORDER OF ___Melody McDonald___

DATE __5/17/19__

Forty & 00/100

$ 40.00

**REGIONS**

———— DOLLARS

⑈"000008199"⑈ ⑊"0640000171"⑊ 100136828711"

M*

THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW. IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

DETACH AND RETAIN THIS STATEMENT

PARKER AND CROFFORD

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee  ▼

|  |  |
|---|---|
| DOE | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:17-CV-1098 |
| METRO GOVERNMENT OF NASHVILLE | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Susan Kessler

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: ~~US Courthouse~~ Estes Kefauver Federal Building & Courthouse 801 Broadway, Room 800 Nashville, TN 37203 | Courtroom No.: Judge Trauger Court Room 873 |
|---|---|
| | Date and Time: July 16, 2019 at 9:00am until completion of trial |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  05/15/2019

*CLERK OF COURT*

OR

_____                    _____
*Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Stephen Crofford

_____ , who issues or requests this subpoena, are:

Parker & Crofford 1230 2nd Ave South Nashville, TN 37210; 615-244-2445; stephencrofford@msn.com

## Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**PARKER AND CROFFORD**
1230 2ND AVE S
NASHVILLE, TN 37210-4110

8200

87-1/640

PAY TO THE ORDER OF  Susan Kessler

DATE  5/17/19

$ 40.00

Forty + 00/100

**REGIONS**

DOLLARS

⑈00008200⑈ ⑆064000017⑆ 1001368287⑈

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW. IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

PARKER AND CROFFORD

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             |        |

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee  [▾]

| | |
|---|---|
| DOE | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  3:17-CV-1098 |
| METRO GOVERNMENT OF NASHVILLE | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:

Julie  McCargar

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place: ~~US Courthouse~~<br>Estes Kefauver Federal Building & Courthouse<br>801 Broadway, Room 800<br>Nashville, TN 37203 | Courtroom No.: Judge Trauger Court Room 873 |
| | Date and Time: July 16, 2019 at 9:00 Am |

until Completion of trial

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  05/15/2019

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Stephen Crofford

, who issues or requests this subpoena, are:

Parker & Crofford 1230 2nd Ave South Nashville, TN 37210; 615-244-2445; stephencrofford@msn.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

**PARKER AND CROFFORD**
1230 2ND AVE S
NASHVILLE, TN 37210-4110

8187

87-1/640

DATE 5/17/19

CHECK ARMOR

PAY TO THE ORDER OF   Julie McCargar

$ 40.00

Forty  +  00/100

DOLLARS

**REGIONS**

MP

⑈000008187⑈ ⑈064000017⑈ 1001368287⑈

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW. IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

**PARKER AND CROFFORD**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |

# Southern Process Servers LLC

## INVOICE

**INVOICE NUMBER**
03250

**DATE OF ISSUE**
5/18/19

**BILLED TO**
PARKER & CROFFORD
1230 2nd Ave S.
Nashville, TN 37210

Kevin Williams
615-300-0480
southernprocessserver@gmail.com
www.spsserve.com

| DESCRIPTION | UNIT COST | QTY/HR RATE | AMOUNT |
| --- | --- | --- | --- |
| Subpoena service | $50 | 3 | $150 |

**INVOICE TOTAL**

# $150.00

| | |
| --- | --- |
| **SUBTOTAL** | $150.00 |
| **DISCOUNT** | $0 |
| **(TAX RATE)** | 0% |
| **TAX** | $0 |
| **TOTAL** | $150.00 |



**FedEx** Office™

July 14, 2021 10:41       Page: 1
Receipt #: 2193993778
AmEx #: XXXXXXXXXXX1004
2021/07/14 10:37

| Qty | Description | Amount |
|-----|-------------|--------|
| 4 | PC Basic Station Time/Minute | 1.56 |
| 44 | Computer B&W Prints Letter/Legal | 28.60 |

| | | |
|-----|-------------|--------|
| | SubTotal | 30.16 |
| | Taxes | 2.79 |
| | Total | 32.95 |

The Cardholder agrees to pay the Issuer of the charge
card in accordance with the agreement between the
Issuer and the Cardholder.

540 Donelson Pike
Nashville,TN 37214
(615) 391-8077
www.FedExOffice.com

Tell us how we're doing and receive
$5 off your next $30 print order
at fedex.com/welisten or 1-800-398-0242
Offer Code:_____ Offer expires 12/31/21

By submitting your project to FedEx Office or by
making a purchase in a FedEx Office store, you
agree to all FedEx Office terms and conditions,
including limitations of liability. Request a copy
of our terms and conditions from a team member
or visit fedex.com/officeserviceterms for details.

Please Recycle This Receipt

Printed expert testimony
4 judge

# FedEx Office.

FedEx Office
13155 Noel Road, Suite 1600
Dallas, Texas 75240
1-800-468-3705
Order Date: 07/16/2021          Branch: 2193
Order Time: 21:53:19            Register: 5
Pickup Date: 07/17/2021
Pickup Time: 16:00
Team Member: TIMOTHY L.

PICK UP ORDER

219304TH31

---

Customer: Jenna Voor

---

Total Order                    1293.16
Total Paid Online              1293.16

Sub-Total                         0.00
Balance Due                       0.00

---

PICK UP ORDER


219304TH31 **ENTERED**

---

Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office

Customer Copy



**Staples Connect**™

100 Powell Place
NASHVILLE, TN 37204
(615) 298-1178

SALE                    1980525 4 005 01b80
                        1539 07/17/21 04:56

**QTY SKU**                    **PRICE**

        REWARDS NUMBER 3023516010
******* Customer Order 2225424710 *******
3   Custom Jobs
    1980562      259.823ea      779.47
3   Custom Jobs
    1980562      46.453ea       139.36
*******************************************
1   STPLS HD VIEW BIND
    718103338332                 35.99
1   STPLS HD VIEW BIND
    718103338332                 35.99
1   STPLS HD VIEW BIND
    718103338332                 35.99
SUBTOTAL                       1026.80
    Standard Tax 9.25%           94.98
TOTAL                        $1121.78


Mastercard             USD$1121.78
Card No.: XXXXXXXXXXXX1396 [C]
Chip Read
Auth No.: 32745G
AID.: A0000000041010

        **TOTAL ITEMS    9**

**Athena Consulting LLC**

220 Athens Way, Ste 104
Nashville, TN 37228-1351

 ✓ **ENTERED**

For all billing questions, please call
**(615) 320-1155**

To pay by phone: (615) 320-1155

SEND TO:

Parker, Mary
5115 Maryland Way
Brentwood, TN 37027

RE:

| STATEMENT DATE | PAY THIS AMOUNT | PATIENT ID |
|---|---|---|
| **08/17/2021** | **$7,950.00** | 183872 |
| | SHOW AMOUNT PAID HERE $ | |

REMIT TO:

**Athena Consulting LLC**

220 Athens Way, Ste 104
Nashville, TN 37228-1351

Page:1 of 1

## STATEMENT

| SERVICE DATE | DESCRIPTION | CHARGES | ADJUST | OTHER PMTS | BALANCE | INS. PEND |
|---|---|---|---|---|---|---|
| 07/11/2021 | Forensic Service - | 1,500.00 | 250.00 | - | 1,250.00 | |
| 07/12/2021 | Forensic Service - | 1,800.00 | 300.00 | - | 1,500.00 | |
| 07/13/2021 | Forensic Service - | 900.00 | 150.00 | - | 750.00 | |
| 07/19/2021 | Forensic Service - | 250.00 | - | - | 250.00 | |
| 07/20/2021 | Forensic-Court - | 1,400.00 | - | - | 1,400.00 | |
| 07/21/2021 | Forensic-Court - | 2,800.00 | - | - | 2,800.00 | |

4200
CK

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS |
|---|---|---|---|---|
| 4,450.00 | 3,500.00 | - | - | - |

| NOW DUE |
|---|
| **$7,950.00** |

Billing Question Phone: (615) 320-1155

Patient ID: 183872

**Athena Consulting LLC**

220 Athens Way, Ste 104
Nashville, TN 37228-1351

**PARKER AND CROFFORD**
1230 2ND AVE S
NASHVILLE, TN 37210-4110

**8428**
87-1/640

DATE 8/26/21

CHECK ARMOR

PAY
TO THE
ORDER OF   Athena Consulting LLC                    $ 4,200 —

four thousand two hundred + 00/100 _____ DOLLARS

**REGIONS**

SC trial #183872

⑈000842811⑈ ⑊064000017⑊ ⑊001368287⑈

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW. IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

**PARKER AND CROFFORD**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |
|      |             |        |

SC trial transcript

**PARKER AND CROFFORD**
1230 2ND AVE S
NASHVILLE, TN 37210-4110

8427
87-1/640

Details on Back.

CHECK ARMOR

DATE 7-28-21

PAY TO THE ORDER OF  Roxann Harkins                          $1843.08

One thousand Eight hundred Forty three 08 ————————— DOLLARS

**REGIONS**

Security Features Included

_[signature]_

MP

⑈"000008427⑈" ⑈:064000017⑈: 100136828 7⑈"

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW. IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

PARKER AND CROFFORD

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 7-28-21 | S.C. V. mNPS | 1,843.08 |



**ENTERED**

PAID

*SC v. MNPS*

**FedEx Office**

FedEx Office
13155 Noel Road, Suite 1600
Dallas, Texas 75240
1-800-488-3705
Order Date: 08/24/2021     Branch: 0515
Order Time: 14:06:50      Register: 6
Pickup Date: 08/24/2021
Pickup Time: 20:00
Team Member: William P.

PICK UP ORDER

051505YB11

---

Customer: Jenna Voor

---

Total Order                68.91
Total Paid Online          68.91

Sub-Total                   0.00
Balance Due                 0.00

---

PICK UP ORDER

051505YB11

---

Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office

Customer Copy

---