# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: August 15, 2022

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

          Re: Case No. 20-6225, *John Doe and Jane Doe #1 v. Metro Govt of Nashville*
               Originating Case No. 3:17-cv-01159

Dear Ms. Hill:

  Enclosed is a copy of the mandate filed in this case.

                                  Sincerely yours,

                                  s/Patricia J. Elder, Senior Case Manager
                                    for Roy Ford, Case Manager

cc:  Mr. Charles Wayne Cagle
     Mr. Stephen C. Crofford
     Mr. J. Brooks Fox
     Ms. Mary Ann Parker
     Ms. Melissa Roberge

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 20-6225
_____

Filed: August 15, 2022

JOHN DOE AND JANE DOE #1, On Behalf of Their Minor Child, Jane Doe #2

    Plaintiff - Appellant

v.

METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY, TN, dba Metropolitan Nashville Public Schools

    Defendant - Appellee.

## MANDATE

Pursuant to the court's disposition that was filed 05/19/2022 the mandate for this case hereby issues today.

COSTS: None