IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| S.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-01098 |
| ) | Judge Trauger |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON COUNTY, ) | LEAD CASE |
| TENNESSEE, D/B/A METROPOLITAN ) | |
| NASHVILLE PUBLIC SCHOOLS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is hereby ORDERED that a telephone conference will be held with counsel for the parties on Friday, December 1, 2023 at 11:00 a.m. Judge Trauger's Courtroom Deputy will email to counsel the number they should call in order to participate in the telephone conference.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge