**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| S.C., | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )     Civil No.  3:17-cv-01098 |
| | )     Judge Trauger |
| METROPOLITAN GOVERNMENT OF | ) |
| NASHVILLE AND DAVIDSON COUNTY, | )     LEAD CASE |
| TENNESSEE, D/B/A METROPOLITAN | ) |
| NASHVILLE PUBLIC SCHOOLS, | ) |
| | ) |
|       Defendant. | ) |

## ORDER

It is hereby ORDERED that another telephonic status conference will be held in this case

with counsel for the parties on Monday, January 29, 2024 at 3:30 p.m.  Judge Trauger's

Courtroom Deputy will email to counsel the number they should call in order to participate in the

telephone conference.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge