# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 21, 2023

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re:  Case No. 22-5104/22-5125, *S.C. v. Metro Govt of Nashville*
     Originating Case No. 3:17-cv-01098

Dear Ms. Hill:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
  for Roy Ford, Case Manager

cc:  Mr. Stephen C. Crofford
     Ms. Erin H. Flynn
     Mr. J. Brooks Fox
     Mr. Jason Lee
     Ms. Mary Ann Parker
     Ms. Melissa Roberge

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-5104/22-5125

_____

Filed: December 21, 2023

S.C.

    Plaintiff - Appellee Cross-Appellant

v.

METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY, TN, dba Metropolitan Nashville Public Schools

    Defendant - Appellant Cross-Appellee

## MANDATE

  Pursuant to the court's disposition that was filed 11/15/2023 the mandate for this case hereby issues today.

COSTS:  None