IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| S.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:17-cv-01098 |
| | ) | Judge Trauger |
| METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE AND DAVIDSON COUNTY, | ) | LEAD CASE |
| TENNESSEE, D/B/A METROPOLITAN | ) | |
| NASHVILLE PUBLIC SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is hereby ORDERED that the telephonic status conference to be held with counsel for the parties scheduled for Monday, January 29, 2024 is RESET for Thursday, February 15, 2024 at 12:30 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge