IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| S.C., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:17-cv-01098 |
| | ) | |
| v. | ) | Judge Trauger |
| | ) | |
| METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE AND DAVIDSON | ) | |
| COUNTY, TENNESSEE, D/B/A | ) | |
| METROPOLITAN NASHVILLE | ) | |
| PUBLIC SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AGREED ORDER OF DISMISSAL

It appearing to the Court, as evidenced by the signatures below, that the issues in this matter have been resolved and that this lawsuit should be dismissed with prejudice, it is, therefore, so ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

*/s/ J. Brooks Fox*
J. Brooks Fox (#16096)
Attorney for the Metropolitan Government
P.O. Box 196300
Nashville, Tennessee 37219
(615) 862-6375

*/s/ Stephen Crofford by J.B. Fox w/ permission*
Stephen Crofford #12039
Mary A. Parker #6016
5115 Maryland Way
Brentwood, TN 37027
615-244-2445